# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3067

_____

Louis Jimerson,                    *
                                   *
         Appellant,                *
                                   *   Appeal from the United States
    v.                             *   District Court for the Eastern
                                   *   District of Missouri.
Mark Hensley, Collector of Revenue; *
Doug Friend, City Manager, City of  *          [UNPUBLISHED]
Sikeston; Scott County; City of     *
Sikeston,                          *
                                   *
         Appellees.                *

_____

Submitted: June 4, 2004
Filed: June 28, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Louis Jimerson appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 action arising out of the assessment of taxes on his property. After carefully reviewing the record, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).